IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 14-cr-00225-RBJ | Date: April 8, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: N/A | Probation: Kyla Hamilton |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Peter A. McNeilly* |
| v. | |
| 1. TAVAUGHN HARRIS<br>**Defendant(s)** | *Edward R. Harris* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:30 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

**ORDERED:** [35] Government's Motion for Sentence Reduction Pursuant to U.S.S.G. §5K1.1 is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant shall be **imprisoned** for **30 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:** **Standard Conditions and Mandatory Conditions** of Supervised Release, as indicated on the record including paying **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment as directed by the probation officer, which may include polygraph, plethysmograph and visual reaction time measuring instruments as determined therapeutically appropriate. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency.
- (**X**) The defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.
- (**X**) The defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.
- (**X**) The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16911, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:02 a.m.          Hearing concluded.          Total time:     00:32